MELINDA S. RIECHERT, State Bar No. 65504
JENNIFER A. TOMLIN, State Bar No. 261220
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Telephone: 650.843.4000
Facsimile: 650.843.4001
email:  mriechert@morganlewis.com
email:  jtomlin@morganlewis.com

Attorneys for Defendant
SAP LABS, LLC


RANDALL M. WIDMANN, State Bar No. 73154
LAW OFFICES OF RANDALL M. WIDMANN
2479 East Bayshore Road, Suite 703
Palo Alto, CA  94303
Tel: 650.424.8400

Attorneys for Plaintiff
ELIZABETH AMBUHL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH AMBUHL,<br><br>Plaintiff,<br><br>vs.<br><br>SAP LABS, LLC, a corporation, DOE ONE through ONE HUNDRED, inclusive,<br><br>Defendants. | Case No.  5:13-cv-04866-RMW<br><br>**STIPULATION AND []**<br>**ORDER SELECTING ADR PROCESS** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/ 24848196.1

STIPULATION AND [] ORDER
SELECTING ADR PROCESS
CASE NO. 5:13-CV-04866-RMW

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐ Non-binding Arbitration (ADR L.R. 4)

☒ Early Neutral Evaluation (ENE) (ADR L.R. 5)

☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**

☐ Private ADR (please identify process and provider) _____

The parties agree to hold the ADR session by:

☐ the presumptive deadline (*The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.*)

☐ other requested deadline _____

Dated: March 14, 2014                MORGAN, LEWIS & BOCKIUS LLP


                                     By  /s/ *Jennifer A. Tomlin*
                                         Melinda S. Riechert
                                         Jennifer A. Tomlin

                                     Attorneys for Defendant
                                     SAP LABS, LLC

Dated: March 14, 2014                LAW OFFICES OF RANDALL M.
                                     WIDMANN


                                     By  /s/ *Randall Widmann* (as authorized on
                                         3/14/14)
                                         Randall Widmann

                                     Attorneys for Plaintiff
                                     ELIZABETH AMBUHL

Morgan, Lewis & Bockius LLP
Attorneys At Law
Palo Alto

DB2/ 24848196.1                1              STIPULATION AND [] ORDER
                                              SELECTING ADR PROCESS
                                              CASE NO. 5:13-CV-04866-RMW

**[] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

☒ The parties' stipulation is adopted and IT IS SO ORDERED.

☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

**IT IS SO ORDERED.**

DATED: _____                           /s/ Ronald M. Whyte
                                            Hon. Ronald M. Whyte
                                            United States District Judge

Morgan, Lewis & Bockius LLP
Attorneys At Law
Palo Alto

DB2/ 24848196.1                 2                 STIPULATION AND [] ORDER
                                                  SELECTING ADR PROCESS
                                                  CASE NO. 5:13-CV-04866-RMW