MELINDA S. RIECHERT, State Bar No. 65504
JENNIFER A. TOMLIN, State Bar No. 261220
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Telephone: 650.843.4000
Facsimile:  650.843.4001
email:  mriechert@morganlewis.com
email:   jtomlin@morganlewis.com

Attorneys for Defendant
SAP LABS, LLC

RANDALL M. WIDMANN, State Bar No. 73154
LAW OFFICES OF RANDALL M. WIDMANN
2479 East Bayshore Road, Suite 703
Palo Alto, CA  94303
Tel:  650.424.8400

Attorneys for Plaintiff
ELIZABETH AMBUHL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH AMBUHL,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SAP LABS, LLC, a corporation, DOE ONE through ONE HUNDRED, inclusive,<br><br>                    Defendants. | Case No.  5:13-cv-04866-RMW<br><br>**STIPULATION AND [] ORDER REGARDING ADR** |

Plaintiff Elizabeth Ambuhl ("Plaintiff") and Defendant SAP Lab, LLC ("Defendant"), the parties to the above-entitled action (collectively referred to herein as the "Parties"), submit this Stipulation to the Court:

**STIPULATION**

WHEREAS, on March 14, 2014, the Parties filed a Stipulation and [Proposed] Order Selecting ADR Process in the above-entitled action, in which the Parties agreed to participate in

Morgan, Lewis & Bockius LLP
Attorneys At Law
Palo Alto

DB2/ 25255506.2

1

STIPULATION AND [] ORDER REGARDING ADR
CASE NO. 5:13-CV-04866-RMW

1  an Early Neutral Evaluation, Dkt. No. 26;

2  WHEREAS, on March 28, 2014, the Court issued an Order Selecting ADR Process in the
3  above-entitled action, approving of the stipulation between the Parties to participate in an Early
4  Neutral Evaluation, Dkt. No. 27, (the "Order");

5  WHEREAS, the appointed Evaluator, Stephen D. Pahl, contacted the Parties for the first
6  time on July 29, 2014, regarding the Early Neutral Evaluation for this case;

7  WHEREAS, the Parties have decided to engage in private mediation with mediator Jeffery
8  Ross and have a mediation scheduled for September 25, 2014;

9  WHEREAS, for good cause and to promote settlement and avoid prejudice that would
10 result to both Parties if they were not allowed to participate in private mediation;

11 NOW, THEREFORE, Plaintiff and Defendant, through their undersigned respective
12 counsel, stipulate and request that:

13 1) The Court approve the Parties participation in private mediation with Jeffery Ross,
14 rather than the previously stipulated Early Neutral Evaluation process;

15 2) The Court remove this matter from the Court's ADR program; and

16 3) The Court extend the deadline to participate in ADR to September 30, 2014, to allow
17 the Parties to participate in private mediation on September 25, 2014.

18 4) To avoid prejudice to both Parties, good cause exists to modify the Order as described
19 herein.

20 **IT IS SO STIPULATED.**

22 Dated: August 14, 2014                    MORGAN, LEWIS & BOCKIUS LLP

24                                           By */s/ Melinda S. Riechert*
25                                               Melinda S. Riechert
                                                 Jennifer A. Tomlin
26                                           Attorneys for Defendant
27                                           SAP LABS, LLC

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/ 25255506.2

2

STIPULATION AND [] ORDER
REGARDING ADR
CASE NO. 5:13-CV-04866-RMW

| | |
|---|---|
| Dated: August 14, 2014 | LAW OFFICES OF RANDALL M. WIDMANN<br><br>By /s/ Randall Widmann<br>Randall Widmann<br><br>Attorneys for Plaintiff<br>ELIZABETH AMBUHL |

### [PROPOSED] ORDER

In light of the foregoing Stipulation of the Parties above and good cause appearing, the Court ORDERS the following :

1) The Court approves the Parties participation in private mediation with Jeffery Ross, rather than the previously stipulated Early Neutral Evaluation process;

2) This matter is removed from the Court's ADR program; and

3) The deadline for the Parties to participate in ADR is extended to September 30, 2014, to allow the Parties to participate in private mediation on September 25, 2014.

4) To avoid prejudice to both Parties, good cause exists to modify the Court's Order as described herein.

**IT IS SO ORDERED.**

DATED: _____  /s/ Ronald M. Whyte
                         Hon. Ronald M. Whyte
                         United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/ 25255506.2

3

STIPULATION AND [PROPOSED] ORDER
REGARDING ADR
CASE NO. 5:13-CV-04866-RMW